**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICIA DURSO, et al., | Civil Action No.: 2:16-cv-03385 |
| Plaintiffs, | **ORDER** |
| v. | |
| SATIN DOLLS ENTERTAINMENT LIMITED LIABILITY COMPANY, et al., | |
| Defendants. | |

**CECCHI, District Judge.**

This matter comes before the Court *sua sponte* for Order to Show Cause why sanctions should not be imposed upon Plaintiff, Patricia Durso ("Plaintiff") for failure to prosecute her case, to produce discovery, and to comply with the Court's orders. (ECF No. 52). Plaintiff did not respond to the Court's Order to Show Cause. On November 2, 2017, Magistrate Judge Steven C. Mannion issued a Report and Recommendation ("R&R") that the Court dismiss the Complaint without prejudice due to failure to prosecute Plaintiff's case, produce discovery, and comply with the Court's orders. (ECF No. 60). No objections have been filed thereto. The Court has considered the submissions of the parties, and Judge Mannion's R&R, and for substantially the same reasons stated therein:

IT IS on this 17 day of November, 2017

**ORDERED** this Court adopts Judge Mannion's November 2, 2017 R&R that the Complaint be dismissed without prejudice for failure to prosecute Plaintiff's case, produce discovery, and comply with the Court's orders; and it is further

**ORDERED** the Clerk of Court shall **CLOSE** the file in this matter.

**SO ORDERED.**

CLAIRE C. CECCHI, U.S.D.J.